1
2
3
4
5

6       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
7                  AT SEATTLE

8  | JEFFERY HARDIE,                    | Case No. C15-611-RSM-JPD
9  |                                    |
   |         Plaintiff,                 | REPORT AND RECOMMENDATION
10 |                                    |
11 |         v.                         |
   |                                    |
12 | CLAUDIA BACCALDIA, et al.,         |
13 |                                    |
   |         Defendants.                |

14

15    Plaintiff filed a proposed civil rights complaint in the above-entitled action on February

16  9, 2015. Dkt. 1. However, plaintiff did not pay the $400 filing fee or file an application to

17  proceed *in forma pauperis* ("IFP"). By letter dated April 17, 2015, the Court advised plaintiff

18  that he must pay the filing fee or submit the Court's Declaration and Application to Proceed In

19  Forma Pauperis and Written Consent for Payment of Costs form ("IFP application") by no later

20  than May 18, 2015, or else his action may be dismissed. Dkt. 2. Plaintiff was also mailed a

21  blank copy of the Court's IFP application. *See id.*

22    To date, however, plaintiff has failed to pay the applicable filing fee or submit an IFP

23  application. Accordingly, the Court recommends that this 42 U.S.C. § 1983 action be

24  DISMISSED without prejudice for failure to prosecute.

25    A proposed order accompanies this Report and Recommendation. The Clerk is

26  directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

REPORT AND RECOMMENDATION
PAGE - 1

1     Objections to this Report and Recommendation, if any, should be filed with the Clerk
2 and served upon all parties to this suit by no later than **June 29, 2015**.  Failure to file
3 objections within the specified time may affect your right to appeal.  Objections should be
4 noted for consideration on the District Judge's motion calendar for the third Friday after they
5 are filed.  Responses to objections may be filed within **fourteen (14)** days after service of
6 objections.  If no timely objections are filed, the matter will be ready for consideration by the
7 District Judge on **July 3, 2015.**

8     This Report and Recommendation is not an appealable order.  Thus, a notice of appeal
9 seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the
10 assigned District Judge acts on this Report and Recommendation.

11     DATED this 8th day of June, 2015.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
Chief United States Magistrate Judge